■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE WATSON, Appellant. [865 NYS2d 573]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 6, 2004 (*People v Watson*, 13 AD3d 402 [2004]), affirming two judgments of the Supreme Court, Westchester County, both rendered July 5, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Fisher and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN A. WILLIAMS, Appellant. [865 NYS2d 574]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Kahn, J.), rendered May 24, 2006, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]).

The defendant has not raised any nonfrivolous issues in his supplemental pro se brief. Rivera, J.P., Florio, Angiolillo, McCarthy and Chambers, JJ., concur.